## ORDER

Upon the Motion of the United States and for good cause shown, it is **ORDERED** that the above-captioned cases be unsealed.

_____
HONORABLE PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' MOTION FOR AN ORDER UNSEALING SEARCH WARRANT AND COURT ORDER | : CASE NO: 3:24-mj-8 <br> : <br> : JUDGE PETER B. SILVAIN, JR. <br> : <br> : MOTION AND [PROPOSED] ORDER <br> : TO UNSEAL SEARCH WARRANTS <br> : AND RELATED PAPERS <br> : |

## INTRODUCTION

The United States respectfully moves the Court to unseal the search warrant and court order in the above-captioned case.

## ARGUMENT

The search warrant and court order in the above-captioned case were obtained in connection with an FBI investigation into drug trafficking activities taking place in the Southern District of Ohio. In each case, the Court issued a sealing order because of the risk that revealing the pleadings would harm an ongoing investigation, including by allowing the suspects an opportunity to destroy or tamper with evidence, change patterns of behavior, and/or flee from prosecution.

As a result of the government's investigation, on February 7, 2024, a federal grand jury returned an indictment in Case No. 3:24-cr-013 charging defendants Chase Crump, Colin Crump, and Mark Crump with, among other things, conspiring to possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of fentanyl analogue and conspiracy to obstruct justice. The case is currently pending before the Honorable Michael J. Newman. At this stage of the government's investigation, there is no longer a need for secrecy as to the above-captioned search warrant and related papers.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court unseal the above-captioned case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*/s Kelly K. Rossi*
Kelly K. Rossi (NM 147107)
Assistant United States Attorney
200 W. 2nd Street, Suite 600
Dayton, OH 45402
Kelly.Rossi@usdoj.gov